**BOWMAN AND BROOKE LLP**
Paul A. Alarcon (SBN: 275036)
    paul.alarcon@bowmanandbrooke.com
Samuel Q. Schleier (SBN: 312449)
    sam.schleier@bowmanandbrooke.com
Colton F. Parks (SBN: 322491)
    colton.parks@bowmanandbrooke.com
970 West 190th Street, Suite 700
Torrance, California 90502
Tel No.:    (310) 768-3068
Fax No.:    (310) 719-1019

Attorneys for Defendants
Uber Technologies, Inc., Rasier, LLC, and Rasier- CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| JANE DOE LS 164,<br><br>    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; RASIER-CA, LLC, a Delaware Limited Liability Company; and DOES 1 through 50 Inclusive<br><br>    Defendants. | Case No.: 3:23-cv-04373-CRB<br><br>**NOTICE OF ERRATA RE DOCUMENT NUMBERS 18 AND 18-1**<br><br>Complaint Filed:    August 24, 2023<br>Trial Date:         None |

Defendants Uber Technologies, Inc., Rasier, LLC and Rasier-CA, LLC (collectively, "Uber") respectfully submit this Notice of Errata. Uber inadvertently filed incorrect copies of its Stipulation and [Proposed] Order re: Motion to Transfer Briefing Schedule, Extension of Time for Defendants to Bring a Motion to Dismiss, and Continuance of Case Management Conference and Related Deadlines (Doc. No. 18) and Declaration of Paul A. Alarcon in support thereof (Doc. No. 18-1) with this Court. Following the filing of this Notice of Errata, Uber will file correct copies of its Stipulation and [Proposed] Order re: Motion to Transfer Briefing Schedule, Extension of Time for Defendants to Bring a Motion to Dismiss, and Continuance of Case Management Conference and Related Deadlines and Declaration of Paul A.

1  Alarcon in support thereof.

3  Dated: September 26, 2023                                    **BOWMAN AND BROOKE LLP**

6                                                               By: */s/ Paul A. Alarcon*
                                                                Paul A. Alarcon (SBN: 275036)
                                                                Samuel Q. Schleier (SBN: 312449)
                                                                Colton F. Parks (SBN: 322491)
                                                                970 West 190th Street, Suite 700
                                                                Torrance, California 90502
                                                                Tel: (310) 380-6595
                                                                Attorneys for Uber Technologies, Inc.,
                                                                Rasier, LLC, and Rasier- CA, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2023, I electronically transmitted the foregoing **NOTICE OF ERRATA RE DOCUMENT NUMBERS 18 AND 18-1** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Louisa Beck*
Louisa Beck