1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION
—————————————————/

This Order Relates To:

23-cv-04372-AMO

23-cv-04385-AMO

23-cv-03966-AMO

23-cv-04393-JST

23-cv-04388-JSW

23-cv-04010-JD

23-cv-04011-MMC

23-cv-04008-JD

23-cv-04371-JD

23-cv-04387-VC

23-cv-03807-VC

23-cv-04014-JD

23-cv-03973-CRB

23-cv-04373-CRB

23-cv-04369-AGT

 23-cv-04368-JSW

23-cv-04365-VC

Case No.  23-md-03084-CRB

**ORDER RELATING CASES**

1   23-cv-04366-AGT

2   23-cv-03811-JSW

3   23-cv-03816-JSW

4   23-cv-04370-JD

5          Pursuant to Northern District of California Civil Local Rule 3-12, the Court finds

6   that the above-captioned cases are related to In re: Uber Technologies, Inc., Passenger

7   Sexual Assault Litigation, Case No. 23-md-3084.  Accordingly, the above-captioned cases

8   shall be reassigned to this Court.

9

10          **IT IS SO ORDERED.**

11          Dated: October 20, 2023

                                          CHARLES R. BREYER
                                          United States District Judge

United States District Court
Northern District of California